**UNITED STATES of America, Appellant, v. Frederick D. DISMUKE, Appellee.**

No. 7675.

Circuit Court of Appeals, Fifth Circuit.

May 29, 1935.

For original opinion, see 76 F.(2d) 715.

Before BRYAN, FOSTER, and HUTCHESON, Circuit Judges.

PER CURIAM.

As neither of the judges who concurred in the decision of the court in the above numbered and entitled cause is of opinion that the petition for rehearing should be granted, it is ordered that the said petition be, and the same hereby is, denied.

**UNITED STATES of America v. Ballard GEARHART, Lessee and Operator of the Mount Garfield Coal Mine.**

No. 1213.

Circuit Court of Appeals, Tenth Circuit.

Feb. 18, 1935.

Thomas J. Morrissey, U. S. Atty., of Denver, Colo.

R. H. Walker, of Denver, Colo., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal (7 F.Supp. 712) dismissed on motion of appellant.

**UNITED STATES of America v. Carl HARDY.**

No. 1123.

Circuit Court of Appeals, Tenth Circuit.

April 18, 1935.

William J. Barker, U. S. Atty., of Santa Fe, N. M.

Hurd & Crile, of Roswell, N. M., for appellee.

Before LEWIS, McDERMOTT, and BRATTON, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellant.

**UNITED STATES of America v. John Calvin HOLDEN.**

No. 1150.

Circuit Court of Appeals, Tenth Circuit.

March 25, 1935.

Dan B. Shields, U. S. Atty., of Salt Lake City, Utah.

Hawley & Worthwine, of Boise, Idaho, for appellee.

Before LEWIS and McDERMOTT, Circuit Judges, and KENNEDY, District Judge.

PER CURIAM.

Appeal dismissed on stipulation.